Alycia A. Degen, SBN 211350
adegen@sidley.com
Bradley J. Dugan, SBN 271870
bdugan@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Attorneys for Defendants and Specially
Appearing Defendants *Bayer Corporation,
Bayer Essure Inc., Bayer HealthCare LLC,
Bayer HealthCare Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE ZAMORA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYER CORP.; BAYER HEALTHCARE LLC; BAYER ESSURE INC., (F/K/A CONCEPTUS, INC.); BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:17-cv-00587-WBS-AC <br><br> **JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND AND MOTION TO STAY** |

1       Plaintiffs Margie Zamora, *et al.*, and defendants and specially-appearing defendants Bayer Corporation, Bayer Essure Inc., Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), hereby stipulate and agree as follows:

      1.       Plaintiffs filed their complaint on February 17, 2017, in the Superior Court for the State of California, County of San Joaquin. In their complaint, Plaintiffs assert claims involving the Essure® Permanent Birth Control System (the "Essure® Device"), which is a Class III medical device approved by the United States Food and Drug Administration ("FDA") pursuant to the Pre-Market Approval Application ("PMA") process.

      2.       On March 17, 2017, Bayer removed the matter from the San Joaquin County Superior Court to the United States District Court for the Eastern District of California. [Dkt. No. 1].

      3.       Bayer filed its Motion to Dismiss on March 24, 2017. [Dkt. No. 10]. The Motion to Dismiss is currently scheduled for hearing on June 26, 2017.

      4.       Plaintiffs filed a Motion to Remand and a Motion to Stay Proceedings Pending Ruling on the Motion to Remand on March 30, 2017. [Dkt. Nos. 13 & 14]. Both motions are scheduled for hearing on May 15, 2017.

      5.       Counsel for Bayer has a conflict with the May 15, 2017 hearing date.

      6.       Accordingly, the parties have agreed and jointly request the Court to order that the hearing on Plaintiffs' Motion to Remand and Motion to Stay Proceedings Pending Ruling on the Motion to Remand be reset for May 30, 2017, at 1:30 p.m., and that all interim briefing deadlines be reset accordingly.

IT IS SO STIPULATED.

Dated: April 26, 2017                                         LENZE MOSS, PLC

                                                                   By: /s/ *Jaime E. Moss* (as authorized on 4/24/17)
                                                                      Jaime E. Moss
                                                                      *Attorneys for Plaintiffs* Margie Zamora, *et al.*

Dated: April 26, 2017                                         SIDLEY AUSTIN LLP

                                                                   By: /s/ *Alycia A. Degen*
                                                                      Alycia A. Degen
                                                                      *Attorneys for Defendants and Specially Appearing Defendants*

Bayer Corporation, Bayer HealthCare LLC, Bayer Essure Inc., and Bayer HealthCare Pharmaceuticals Inc.

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, IT IS ORDERED THAT the hearing on Plaintiffs' Motion to Remand and Motion to Stay are continued from May 15, 2017 to May 30, 2017, at 1:30 p.m., and that all interim briefing deadlines are reset accordingly.

Dated: April 26, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE