# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE ZAMORA, *et al.*, | Case No. 2:17-cv-00587-WBS-AC |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO REMAND** |
| vs. | |
| BAYER CORP.; BAYER HEALTHCARE LLC; BAYER ESSURE INC., (F/K/A CONCEPTUS, INC.); BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

## ORDER

BASED ON THE PARTIES' STIPULATION, IT IS ORDERED THAT *Zamora, et. al. v. Bayer Corporation*, Case No. 2:17-cv-00587-WBS-AC, be remanded to the Superior Court of the State of California, County of San Joaquin. It is further ordered that the motion to remand hearing and motion to stay set for May 30, 2017, is vacated, as well as further hearings before this Court.

IT IS SO ORDERED.

Dated: May 15, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING JOINT STIPULATION TO REMAND – CASE NO. 2:17-CV-00587-WBS-AC